```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


James Thomas,                    :

          Plaintiff,             :   Case No. 2:10-cv-74

     v.                          :   JUDGE GEORGE C. SMITH
                                     Magistrate Judge Kemp
Gary R. Croft, et al.,           :

          Defendants.            :
```

ORDER

On June 7, 2011, the Magistrate Judge issued a Report and Recommendation which recommended that the defendants' motion for summary judgment be granted as to all claims.  The Magistrate Judge previously issued a Report and Recommendation proposing to deny plaintiff James Thomas's motions for judgment on partial findings and for partial summary judgment.  In each instance, the Magistrate Judge specifically advised the parties that their failure to object to the recommended disposition would result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and would also operate as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation.  See Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947 (6th Cir.1981).  Mr. Thomas did not file an objection to either Report and Recommendation, and the time for doing so has expired.

The Court finds that Mr. Thomas has waived any right to this Court's review of either Report and Recommendation by his failure to file any written objections.  The Court therefore ADOPTS the Report and Recommendation (#74) filed on June 7, 2011, and the Report and Recommendation (#69) filed on May 4, 2011, in their entirety.  Accordingly, the defendants' motion for summary judgment (#62) is GRANTED and Mr. Thomas's motions for judgment

on partial findings and for partial summary judgment (##54,57) are DENIED.  The Clerk shall enter final judgment in favor of defendants Gary Croft, Corby Free, Robin Knab, Terry Collins, Gary Good, Tammy Smith, Jeremiah Shoemaker, and Ernie Moore.

IT IS SO ORDERED.

/s/ George C. Smith
George C. Smith
United States District Judge